UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

STEWART F. COLLINS,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )  Case No. 1:06CV4 RWS
                                       )
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
            Defendant.                 )

## ORDER

This matter is before the Court on Stewart Collins' appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Thomas C. Mummert, III, who filed his Report and Recommendation on January 9, 2007. It is Judge Mummert's recommendation that the Commissioner's decision be affirmed and the case be dismissed.

The background of this case is fully recounted in Judge Mummert's report. Collins objects to Judge Mummert's recommendation. A de novo review of the record fully supports Judge Mummert's report and recommendation. Judge Mummert's correctly found that the ALJ's decision is supported by substantial evidence.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Thomas C Mummert, III [#14] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Commissioner's decision to deny Plaintiff Stewart F. Collins disability insurance benefits is **AFFIRMED** and this case is **DISMISSED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2007.